1 | CLIFF PALEFSKY (S.B. #77683)
2 | MCGUINN EHRMAN & PALEFSKY
3 | 535 Pacific Avenue
    San Francisco, CA  94133
    Telephone:   415. 421.9292
4 | Facsimile:   415. 403.0202

6 | MICHAEL RUBIN (S.B. #80618)
    ALTSHULER, BERZON, NUSSBAUM,
7 | RUBIN & DEMAIN
    177 Post Street, Suite 300
8 | San Francisco, CA  94108
    Telephone:   415. 421.7151
9 | Facsimile:   415. 362.8064

10 | Attorneys for Plaintiff
     Douglas Frazier

12 | FRAMROZE M. VIRJEE (S.B. #120401)
     CHRISTOPHER T. SCANLAN (S.B. #211724)
13 | O'MELVENY & MYERS LLP
     275 Battery Street, Suite 2600
14 | San Francisco, CA  94111-3344
     Telephone:   (415) 984-8700
15 | Facsimile:   (415) 984-8701

16 | Attorneys for Defendant
     Citicorp Investment Services

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS FRAZIER, | Case No.  C 05-1235 CW |
| individually and on behalf of a class of similarly situated persons, | **JOINT STATUS REPORT AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; ORDER** |
| Plaintiff, | |
| v. | |
| CITICORP INVESTMENT SERVICES, INC., DOES 1-25 inclusive, | |
| Defendant. | |

1
JOINT STATUS REPORT AND REQUEST FOR EXTENSION OF CASE MANAGEMENT CONFERENCE
CASE NO. C 05-1235 CW

The parties hereto, by and through their respective counsel of record, submit this Joint Status Report And Request For Continuance of Case Management Conference prior to the Case Management Conference set for this case on September 16, 2005, at 1:30 p.m. In this Joint Status Report, the parties: (1) report their activities during the stay ordered by the Court at the parties' request, as well as the current status and anticipated future settlement activities for this case; and (2) request a continuance of the Case Management Conference currently scheduled for September 16 to October 14, 2005 at 1:30 p.m.

1. On February 17, 2005, Plaintiff Douglas Frazier ("Plaintiff") filed his complaint in this purported nation-wide class action in California Superior Court in and for the County of San Francisco. On March 24, 2005, defendant Citicorp Investment Services ("Defendant" or "Defendant CIS") filed its answer in Superior Court and, on March 25, 2005, removed this action from the Superior Court to this Court.

2. On April 15, 2005, Defendant filed its Motion to Change Venue of this action from this Court to the United States District Court for the Eastern District of New York. Plaintiff filed a Motion to Remand this case to Superior Court on April 22, 2005.

3. On May 6, 2005, the parties filed a Joint Stipulation and [Proposed] Order for a Temporary Stay of All Proceedings. On May 11, 2005, this Court signed the Order Granting In Part Joint Stipulation For A Temporary Stay Of All Proceedings ("Order") until July 11, 2005. The Order also scheduled a Case Management Conference to be held on July 15, 2005 at 1:30 p.m. absent a settlement or further stipulation.

4. On July 11, 2005, the parties filed a Joint Status Report Prior To Case Status Conference indicating that the parties had met and conferred regarding the facts, law and potential resolution of this case, and were then exchanging factual data to facilitate

1  assessment of alleged damages and more concrete settlement discussions.

3  5. At the July 15, 2005 Case Management Conference, the parties jointly
4  requested a continuance of the temporary stay so that the parties could continue their
5  cooperative settlement efforts.  On that date, this Court issued a Minute Order continuing
6  the temporary stay and setting another Case Management Conference for September 16,
7  2005 at 1:30 p.m.

9  6. Since July 15, 2005, Defendant CIS completed its collection, collation and
10 analysis of relevant information, and provided the results of that data collection to
11 Plaintiff's counsel.  This involved significant, time-consuming and costly effort, requiring
12 collection of data concerning almost 1,000 employees that was located in a number of
13 states.  Since that time, the parties have met and conferred in person by telephone on at
14 least five occasions, and have frequently communicated in writing as well.  These
15 conversations concerned the facts, legal and class-related issues and settlement.

17 7. These meetings and communications among counsel culminated in a recent
18 exchange of settlement terms.  At present, the parties are in the process of evaluating and
19 negotiating settlement terms, and are attempting to craft both a resolution and process for
20 implementing settlement that is acceptable to both sides.  In sum, the parties have made
21 and are making significant progress towards settlement that, if successful as anticipated,
22 will obviate the need for future litigation of this matter.

24 8. The parties believe that, within approximately one month, they shall be able
25 to finalize settlement discussions and negotiations.   Accordingly, the parties believe that
26 an extension of the Case Management Conference that is currently scheduled for
27 September 16, 2005, will facilitate the settlement process.

1  9. NOW, THEREFORE, the parties stipulate to, and respectfully request that this Court order, the continuance of the Case Management Conference currently scheduled for September 16, 2005, to October 14, **2005**, at 1:30 p.m. in order to provide the parties with sufficient time to finalize settlement negotiations.  The parties also request, with the Court's permission, that they be permitted jointly to hold telephonic conferences with the Court in the future as necessary to supply the Court with any required updates on their progress, the case status, and a settlement negotiation completion date.

Dated:  September 13, 2005.            O'MELVENY & MYERS LLP


By:_____/s/_____
        Christopher T. Scanlan
Attorneys for Defendant
CITICORP INVESTMENT SERVICES

Dated:  September 13, 2005.            MCGUINN, HILLSMAN & PALEFSKY


By:_____/s/_____
        Cliff Palefsky[1]
Attorneys for Plaintiff
Douglas Frazier


FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

                                        /s/ CLAUDIA WILKEN
Dated: September  15 , 2005.       By:_____
                                        Hon. Claudia Wilken
                                        United States District Judge

---

[1] Counsel e-filing this document represents that he has obtained the permission of Cliff Palefsky, Esq. to file this Joint Status Report and Request for Continuance of Case Management Conference along with the [Proposed] Order on Plaintiff's behalf.

LA3:1100097.1

1