CLIFF PALEFSKY (SBN 77683)
KEITH EHRMAN (SBN 106985)
McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 421-9292
Facsimile: (415) 403-0202
Uroy2@aol.com
KAEMHP@aol.com

MICHAEL RUBIN (SBN 80618)
PEDER J. V. THOREEN (SBN 217081)
Altshuler, Berzon, Nussbaum, Rubin & Demain
177 Post Street, Suite 300
San Francisco, CA  94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
mrubin@altshulerberzon.com
pthoreen@altshulerberzon.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DOUGLAS FRAZIER, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>CITICORP INVESTMENT SERVICES, INC., DOES 1-25 inclusive,<br><br>Defendants. | Case No. CV 05-01235 (CW)<br><br>**ORDER GRANTING STIPULATION RE: CASE MANAGEMENT CONFERENCE**<br><br>**Date:** January 20, 2006<br>**Time**: 1:30 p.m.<br>**Courtroom**: 2, 4th floor<br>**Judge:** Hon. Claudia Wilken |

The parties to the above-entitled action jointly submit this Stipulation Re: Case Management Conference and [Proposed] Order.

WHEREAS, on October 18, 2005, the Court scheduled a Case Management Conference for Friday, January 20, 2006, at 1:30 p.m.;

WHEREAS, in an effort to resolve this case, the parties participated in an all-day

---

Stipulation Re: Case Management Conference; [Proposed] Order; Case No. CV 05-01235 (CW)

1 mediation on December 8, 2005, and have engaged in post-mediation negotiations;

2 WHEREAS, the parties are currently discussing terms of settlement proposed by the
3 mediator;

4 WHEREAS, the parties expect to know within the next two or three weeks whether they
5 will be able to reach an agreement regarding settlement;

6 WHEREAS, the parties believe that postponing the scheduled Case Management
7 Conference until after the current settlement discussions conclude will promote judicial
8 economy;

9 WHEREAS, counsel for defendant has reviewed this Stipulation Re: Case Management
10 Conference and [Proposed] Order and has authorized plaintiff's counsel to represent that
11 defendant agrees with the representations contained herein and to file this document on
12 defendant's behalf;

13 NOW, THEREFORE, the parties stipulate to, and respectfully request that the Court
14 order, the continuance of the Case Management Conference set by the Court for Friday, January
15 20, 2006, to February 10, 2006, at 1:30 p.m., or such date thereafter as the Court orders.

16 Dated: January 19, 2006

Respectfully submitted,
McGUINN, HILLSMAN & PALEFSKY

By: _____/s/_____
CLIFF PALEFSKY (SBN 77683)
KEITH EHRMAN (SBN 106985)
MCGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 421-9292
Facsimile: (415) 403-0202

MICHAEL RUBIN (SBN 80618)
PEDER J.V. THOREEN (SBN 217081)
ALTSHULER, BERZON, NUSSBAUM,
  RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
Attorneys for Plaintiffs

1 **ORDER**

2   The Case Management Conference set by the Court for Friday, January 20, 2006, is
3 hereby continued to Friday, February 10, 2006, at 1:30 p.m.
4   IT IS SO ORDERED.

5 Dated: __1/19_____, 2006            _____
6                                          Honorable Claudia Wilken
                                           United States District Judge

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation Re: Case Management Conference; [Proposed] Order; Case No. CV 05-01235 (CW) 2