1 | CLIFF PALEFSKY (SBN 77683)
KEITH EHRMAN (SBN 106985)
2 | McGuinn, Hillsman & Palefsky
535 Pacific Avenue
3 | San Francisco, CA 94133
Telephone: (415) 421-9292
4 | Facsimile: (415) 403-0202
Uroy2@aol.com
5 | KAEMHP@aol.com

6 | MICHAEL RUBIN (SBN 80618)
PEDER J. V. THOREEN (SBN 217081)
7 | Altshuler, Berzon, Nussbaum, Rubin & Demain
177 Post Street, Suite 300
8 | San Francisco, CA 94108
Telephone: (415) 421-7151
9 | Facsimile: (415) 362-8064
mrubin@altshulerberzon.com
10 | pthoreen@altshulerberzon.com

11 | Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DOUGLAS FRAZIER,<br><br>individually and on behalf of a class of similarly situated persons,<br><br>    Plaintiff,<br><br>v.<br><br>CITICORP INVESTMENT SERVICES, INC., DOES 1-25 inclusive,<br><br>    Defendants. | Case No. CV 05-01235 (CW)<br><br>**ORDER GRANTING STIPULATION RE: CASE MANAGEMENT CONFERENCE**<br><br>**Date:** February 10, 2006<br>**Time**: 1:30 p.m.<br>**Courtroom**: 2, 4th floor<br>**Judge:** Hon. Claudia Wilken |

The parties to the above-entitled action jointly submit this Stipulation Re: Case Management Conference and [Proposed] Order.

WHEREAS, on January 19, 2006, at the parties' request, the Court scheduled a Case Management Conference for Friday, February 10, 2006, at 1:30 p.m.;

WHEREAS, the parties have been involved in active settlement negotiations following

---

Stipulation Re: Case Management Conference; Order; Case No. CV 05-01235 (CW)

1 an all-day mediation on December 8, 2005;

2     WHEREAS, the parties are working diligently to finalize the terms of a settlement and
3 are awaiting final approval from defendant, which they expect to obtain within the next week;

4     WHEREAS, the parties believe that postponing the scheduled Case Management
5 Conference until after the current settlement discussions conclude will promote judicial
6 economy;

7     WHEREAS, the parties have been informed by the Court that the next available date for
8 a Case Management Conference is March 3, 2006;

9     WHEREAS, counsel for defendant has reviewed this Stipulation Re: Case Management
10 Conference and [Proposed] Order and has authorized plaintiff's counsel to represent that
11 defendant agrees with the representations contained herein and to file this document on
12 defendant's behalf;

13     NOW, THEREFORE, the parties stipulate to, and respectfully request that the Court
14 order, the continuance of the Case Management Conference set by the Court for Friday,
15 February 10, 2006, to, Friday, March 3, 2006, at 1:30 p.m., or such date thereafter as the Court
16 orders.

17 Dated: February 10, 2006

Respectfully submitted,
McGUINN, HILLSMAN & PALEFSKY

By:       /s/
CLIFF PALEFSKY (SBN 77683)
KEITH EHRMAN (SBN 106985)
MCGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 421-9292
Facsimile: (415) 403-0202

MICHAEL RUBIN (SBN 80618)
PEDER J.V. THOREEN (SBN 217081)
ALTSHULER, BERZON, NUSSBAUM,
  RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
Attorneys for Plaintiffs

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1 **ORDER**

2 The Case Management Conference set by the Court for Friday, February 10, 2006, is
3 hereby continued to Friday, March 3, 2006, at 1:30 p.m.

4     IT IS SO ORDERED.

5     2/10

6 Dated: _____, 2006     _____
7     Honorable Claudia Wilken
    United States District Judge