1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DOUGLAS FRAZIER,<br><br>individually and on behalf of a class of similarly situated persons,<br><br>    Plaintiff,<br><br>v.<br><br>CITICORP INVESTMENT SERVICES, INC., DOES 1-25 inclusive,<br><br>    Defendants. | Case No. CV 05-01235 (CW)<br><br>**ORDER PROVISIONALLY CERTIFYING SETTLEMENT CLASS AND PRELIMINARILY APPROVING SETTLEMENT AND PROPOSED NOTICE TO CLASS MEMBERS** |

The Plaintiffs in this action for alleged violations of states' wage payment laws, breach of contract, and other related claims, having submitted a Motion for Preliminary Settlement Approval (in which Defendant Citicorp Investment Services ("CIS") joined), and the Court having reviewed the motion, the proposed notice to class members and all other settlement documents and the pleadings in the case as a whole, and having concluded that the settlement

and accompanying notices preliminarily appear to be fair, reasonable, and in the best interest of the class,

IT IS HEREBY ORDERED that Plaintiffs' Motion for Preliminary Settlement Approval is GRANTED; and

IT IS HEREBY FURTHER ORDERED that a class is provisionally certified, pending final approval at the Fairness Hearing, to consist of: all current or former employees who work or worked for CIS as Financial Executives at any time between February 17, 1999 through May 12, 2006, who were assessed by CIS a disciplinary fine for one or more violations of a workplace or industry rule or policy and paid that fine by check to CIS;

IT IS HEREBY FURTHER ORDERED that the form of notice accompanying the Plaintiffs' Motion is APPROVED as it is consistent with due process requirements and the best practicable form of notice; and

IT IS HEREBY FURTHER ORDERED that any Plaintiff who wishes to file an objection to this Settlement must submit such an objection in writing, to be received no later than August 11, 2006 by Plaintiffs' Counsel, CIS's Counsel, and the Court, at the following addresses:

> Cliff Palefsky
> McGuinn, Hillsman & Palefsky
> 535 Pacific Avenue
> San Francisco, CA 94133
>
> Michael Rubin
> Altshuler, Berzon, Nussbaum, Rubin & Demain
> 177 Post Street, Suite 300
> San Francisco, CA 94108
>
> Adam Karr
> O'Melveny & Myers, LLP
> 400 South Hope Street
> Los Angeles, CA 90071
>
> Frazier v. CIS, No. CV 05-01235 (CW)
> United States District Court for the N. D. California
> 1301 Clay Street, Suite 400 S
> Oakland, CA 94612-5212

No Class Member shall be permitted to assert an objection, or to have any objection considered at the Fairness Hearing, unless that Class Member has submitted a timely objection

1  stating the reasons therefore; and

2      IT IS HEREBY FURTHER ORDERED that any Class Member who wishes to opt out of
3  this Settlement must submit an opt-out notice, to be received no later than August 11, 2006 by
4  Plaintiffs' Counsel, CIS's Counsel, and the Court, at the addresses set forth in the preceding
5  paragraph.  To be valid and effective, an opt-out notice must state the opting-out Class
6  Member's name (and, where different, any other name(s) used during the Class Member's period
7  of employment with CIS), employee number or social security number, address and telephone
8  number, must attach a copy of his or her individualized Mailed Notice, must be signed by the
9  Class Member, must be timely received by Plaintiffs' Counsel, CIS, and the Court, and must
10 contain the following statement:

> I, [NAME] am a Class Member who was or is employed by CIS between [DATES of EMPLOYMENT] in [WORK LOCATION] in the capacity of a [JOB TITLE]. I hereby exercise my right to opt out of the Settlement, knowing that by doing so I waive any and all rights I may have to participate in that Settlement and to be paid any portion of the settlement proceeds that I would otherwise be eligible to receive under that Settlement.

15 and

16     IT IS HEREBY FURTHER ORDERED that the following schedule shall
17 govern the class claims in this action:

| | |
|---|---|
| Notices Mailed and E-Mailed to Class Members: | June 20, 2006 |
| Last Day to File Objections or Opt-Out Notices: | August 11, 2006 |
| Fairness Hearing and Fee Approval Hearing: | September 8, 2006 |
| Deadline for payments of claims to plaintiffs: | 30 calendar days after Settlement Effective Date. |

DATED: 5/12/06      *Claudia Wilken*
                                   HONORABLE CLAUDIA WILKEN
                                   UNITED STATES DISTRICT JUDGE