IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DOUGLAS FRAZIER,<br><br>individually and on behalf of a class of similarly situated persons,<br><br>    Plaintiff,<br><br>v.<br><br>CITICORP INVESTMENT SERVICES, INC., DOES 1-25 inclusive,<br><br>    Defendants. | Case No. CV 05-01235 (CW)<br><br>**ORDER AND FINAL JUDGMENT APPROVING SETTLEMENT, CERTIFYING CLASS ACTION AND DISMISSING ACTION WITH PREJUDICE** |

The parties in this action having entered into a Stipulation and Settlement Agreement dated May 10, 2006 ("Settlement Agreement") and having applied to this Court for preliminary and final approval of the Settlement Agreement and the terms thereof; this Court on May 12, 2006 having granted preliminary approval to the Settlement Agreement and having directed notice of the Settlement Agreement, its terms, and the applicable procedures and schedules to be

[PROPOSED] Order and Final Judgment Approving Settlement, Certifying Class Action and Dismissing Action With Prejudice, Case No. CV 05-01235 (CW)

provided to proposed class members; this Court having set a final Fairness Hearing for October 20, 2006 to determine whether the Settlement Agreement should be approved as fair, adequate and reasonable; all parties through their respective counsel and defendant through its counsel having been given an opportunity to participate in the Fairness Hearing, and all prospective class members having been given an opportunity to file objections or to opt out of the settlement; and for good cause shown,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, upon consideration of the Settlement Agreement, the parties' and counsels' pleadings, declarations, exhibits and oral arguments in support thereof, and the proceedings in this action to date, as follows:

1. The Court for purposes of this Final Order and Judgment adopts all defined terms set forth in the Settlement Agreement.

2. This Court has jurisdiction over the subject matter of this litigation and all matters relating thereto, and over the plaintiffs and the defendant.

3. Pursuant to Rule 23 of the Federal Rules of Civil Procedure, the Settlement Class is hereby certified, to consist of: all current or former employees who work or worked for Defendant Citicorp Investment Services ("CIS") as Financial Executives at any time between February 17, 1999 through May 12, 2006, who were assessed by CIS a disciplinary fine for one or more violations of a workplace or industry rule or policy and paid that fine by check to CIS.

5. The Notice given to plaintiffs, pursuant to this Court's orders, constituted the best notice practicable under the circumstances, was accomplished in all material respects, and fully met the requirements of Rule 23 of the Federal Rules of Civil Procedure, due process, the United States Constitution and any other applicable law.

6. The named Class Representative, Douglas Frazier, is an adequate representative of the Class.

7. Pursuant to Rule 23 of the Federal Rules of Civil Procedure, this Court hereby approves the settlement set forth in the Settlement Agreement and finds that it is fair, reasonable, and adequate in all respects, in light of the complexity, expense and likely duration of further

litigation, the investigation conducted, and the risk and difficulties associated with the litigation. This Court further finds that the Settlement Agreement is the result of arms'-length negotiations between experienced counsel representing the interests of the plaintiffs and defendant. There have been no objections to the Settlement Agreement, and one request for exclusion. The Settlement Agreement shall be implemented in accordance with its terms.

8. The mechanisms and procedures set forth in the Settlement Agreement filed with the Court on May 10, 2006, by which payments are to be calculated and made to plaintiffs, are fair, reasonable and adequate as to said plaintiffs, and payment shall be made to plaintiffs according to those allocations and pursuant to the procedure set forth in the Settlement Agreement.

9. The Complaint filed in this action and all claims contained therein, are dismissed in their entirety with prejudice as to the Class Representative and all Class Members, to the extent provided and under the conditions set forth in the Settlement Agreement.

10. Upon the Settlement Effective Date as defined in the Settlement Agreement, all Released Claims are fully, finally and forever released, relinquished and discharged, pursuant to the terms of the release set forth in the Settlement Agreement.

11. The award of $140,000.00 to plaintiffs' counsel for statutory and common fund fees and costs is approved. That sum, which is less than 25% of the common fund, was achieved as the result of arms'-length negotiations, and provides fair and reasonable compensation of plaintiffs' counsel for their successful vindication of class members' rights, taking into account the quality, nature and extent of counsels' efforts, the excellent results they achieved, the costs incurred and expected to be incurred, the benefits to the class and to the judicial system resulting from counsels' successful efforts to accomplish these results through settlement, and the many future hours plaintiffs' counsel may be required to spend implementing and enforcing the Settlement Agreement.

12. The service payment of $10,000 to named plaintiff Douglas Frazier is approved. That sum reasonably compensates the named plaintiff for his time and efforts, the risks he undertook on behalf of the class, and in consideration his signing of a general release and the public policy encouraging individuals to come forward and perform their civic duty in protecting

1 the rights of the class.

2    13.  The court retains jurisdiction over this matter for purposes of resolving issues
3 relating to administration, implementation, and enforcement of the Settlement Agreement.

DATED: __10/20/06__      _/s/ Claudia Wilken_____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE